IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>v.<br><br>**NATHAN MAHAFFEY,**<br>(DOB 03/13/2000)<br><br>**Defendant.** | No. 22-03027-01-CR-S-BP<br><br>18 U.S.C. § 2252(a)(2) & (b)(1)<br>NLT 5 Years Imprisonment<br>NMT 20 Years Imprisonment<br>NMT $250,000 Fine<br>NLT 5 Years Supervised Release<br>NMT Life Supervised Release<br>Class C Felony<br><br>$100 Special Assessment |

## I N D I C T M E N T

**THE GRAND JURY CHARGES THAT:**

Between January 1, 2020, and September 29, 2021, said dates being approximate, within Texas County, in the Western District of Missouri, the defendant, **NATHAN MAHAFFEY**, knowingly received and distributed, any visual depiction, using any means or facility of interstate or foreign commerce, that has been mailed, and that has been shipped or transported in or affecting interstate or foreign commerce, by any means, including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct, all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

**A TRUE BILL**

*/s/ Jeffrey Acker*
FOREPERSON OF THE GRAND JURY

*/s/ James Kelleher*
James J. Kelleher
Assistant United States Attorney       DATED: 2/22/2022