IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 22-03027-01-CR-S-BP |
| NATHAN MAHAFFEY, | ) |
| Defendant. | ) |

## MOTION FOR CONTINUANCE OF DETENTION HEARING

**COMES NOW** Attorney Scott T. McBride, and requests a continuance of the above-captioned matter which is on the Court's docket for Detention Hearing on March 4, 2022, at 9:30 a.m. In support of this motion for continuance, undersigned counsel states he has been unavoidably detained from appearing for this matter due to car trouble.

Respectfully Submitted,

**THOMAS, BIRDSONG, MILLS,
MCBRIDE & OSBORNE, P.C.**

By  /s/ *Scott T. McBride*
Scott T. McBride, #41995
1100 North Elm Street/P.O. Box 248
Rolla, MO 65402-0248
scottm@rollalaw.com
Telephone - 573-364-4097
Fax - 573-364-0664

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of March, 2022, I electronically filed the foregoing with the clerk of the court using the CM/ECF system, which sent notification of such filing to the following:

James J. Kelleher
Assistant U.S. Attorney
United States Attorney's Office

/s/*Scott T. McBride*
Scott T. McBride