*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

MINUTE SHEET

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | Date: | March 11, 2022 |
| vs. | Case No.: | 22-03027-01-CR-S-BP |
| **NATHAN MAHAFFEY** | | |

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing:** Arraignment
Detention Hearing
Scheduling Conference

Time Commenced: 10:40 a.m.          Time Terminated: 10:51 a.m.

APPEARANCES

**Plaintiff:**   Jim Kelleher, AUSA
**Defendant:** Scott Bride, Retained
**USPPTS:**   Carrie Green

Proceedings:   Parties appear as indicated above. Defendant appears in person.

*Arraignment*: Defendant waives formal reading of the Indictment and enters a plea of not guilty as to all counts naming Defendant.

*Scheduling Conference*: A scheduling order setting forth discovery deadlines will be entered by the Court. Case placed on the next Joint Criminal Trial Docket. Rule 5f Order entered.

*Detention Hearing*: The Court takes note of its own file, including the Pretrial Services Report prepared by the USPPTS Officer. The Government has filed a *Motion for Detention Hearing* (Doc. 10). Arguments made regarding Defendant's custody. The Court finds an adequate basis for detention and will issue a written order.

Defendant in custody.

**Courtroom Deputy/ERO:** Karen Siegert